CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 1 8 2016

JULIA C. DUDLEY, CLERK
BY: C. SMOS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT LYNCHBURG

POUNEH BIAZARI, Co-Administrator of   )
the Estate of Payman Biazarikari, Deceased, )
                                      )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               )     No 5:16CV00049
                                      )
CAPITAL SAFETY, INC., GME SUPPLY   )        (Removed from the Circuit Court
CO., and DB INDUSTRIES, INC. d/b/a    )     for the City of Lynchburg, Virginia,
DBI-SALA                              )     Case No. CL15000606)
                                      )
          Defendants.                 )

---

## CORPORATE DISCLOSURE STATEMENT

---

NOW INTO COURT, through undersigned counsel, Defendant DB Industries, LLC d/b/a

Capital Safety USA (incorrectly designated as Capital Safety, Inc. and DB Industries, Inc. d/b/a

DBI-SALA and hereafter "Capital Safety"), who, pursuant to Federal Rule of Civil Procedure

7.1, states that it is a wholly owned subsidiary of 3M Company, a publicly traded company. 3M

Company is incorporated in the State of Delaware and its principal place of business is located at

3M Center, Saint Paul, Minnesota 55144. DBI-SALA is a brand and not a separate entity from

Capital Safety, who is the sole properly named Defendant in this case.

Dated: August 18, 2016

Respectfully submitted,

Carl R. Schwertz, Esq. (VSB# 27399)
Jeffrey S. Poretz, Esq. (VSB# 38529)
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 1500
Tysons Corner, Virginia 22102-3833
Telephone Number: (703) 903-9000
Facsimile Number: (703) 610-8686
E-mail: cschwertz@milesstockbridge.com
E-mail: jporetz@milessstockbridge.com

*Counsel for DB INDUSTRIES, LLC d/b/a*
*CAPITAL SAFETY USA*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Corporate Disclosure Statement** was

served upon the following attorneys of record for Plaintiff Pouneh Biazari and Defendant GME

Supply Company, via First-Class United States Mail addressed as follows, this 18th day of

August, 2016.

Philip Baker
Sanzone & Baker
PO Box 1078
Lynchburg, VA 24505
PLAINTIFF FOR COUNSEL

Donald Morris
Law Office of Anthony K. Jones
3957 Westerre Pkwy., Suite 320
Richmond, VA 23233
COUNSEL FOR DEFENDANT GME SUPPLY CO.

Carl R. Schwertz, Esq.
Jeffrey S. Poretz, Esq.