# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **POUNEH BIAZARI** | Action No: 5:16CV00049 |
| | Date: 4/7/17 |
| vs. | Judge: Joel C. Hoppe |
| | Court Reporter: Heidi Wheeler/FTR |
| **CAPITAL SAFETY, INC., ET AL** | Deputy Clerk: Heidi Wheeler |

Plaintiff Attorney(s)  Defendant Attorney(s)
Philip B. Baker, Mary Chamberlin  Carl Schwertz, Peter Goss

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
MOTION HEARING [21] Motion for Protective Order          9:35-10:24 =49 min

Parties present through counsel regarding Motion for Protective order

Preliminary matter addressed regarding Motion to Amend.

Court will grant motion and oral order will enter.

Mr. Goss presents motion.

Mr. Baker responds.

Mr. Goss closes.

Mr. Goss advises court parties would like to speak regarding settlement at some point.

Remarks by Court.

Memorandum Opinion and Order will issue.